**No. 10-234. Ravi Vaidyanathan, Petitioner v. David J. Kappos, Under Secretary of Commerce for Intellectual Property and Director, Patent and Trademark Office.**

562 U.S. 898, 131 S. Ct. 359, 178 L. Ed. 2d 150, 2010 U.S. LEXIS 6189.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 381 Fed. Appx. 985.

**No. 10-247. Cathie Weller, Individually and as the Personal Representative of the Estate of James Hetherington, Petitioner v. United States.**

562 U.S. 898, 131 S. Ct. 362, 178 L. Ed. 2d 150, 2010 U.S. LEXIS 6239.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 379 Fed. Appx. 910.

**No. 10-266. Bradley N. Frost and Wakon I. Redcorn, Jr., Petitioners v. United States.**

562 U.S. 898, 131 S. Ct. 366, 178 L. Ed. 2d 150, 2010 U.S. LEXIS 6077.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 355 Fed. Appx. 230.

**No. 10-267. United States ex rel. Patricia Haight and In Defense of Animals, Petitioner v. Catholic Healthcare West, et al.**

562 U.S. 898, 131 S. Ct. 366, 178 L. Ed. 2d 150, 2010 U.S. LEXIS 6102.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 602 F.3d 949.

**No. 10-5001. Bernadette Garcia, Petitioner v. United States.**

562 U.S. 898, 131 S. Ct. 224, 178 L. Ed. 2d 150, 2010 U.S. LEXIS 6284.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 376 Fed. Appx. 754.

**No. 10-5004. Kenneth Foster, et al., Petitioners v. Sharee Booker, et al.**

562 U.S. 898, 131 S. Ct. 225, 178 L. Ed. 2d 150, 2010 U.S. LEXIS 6506.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 595 F.3d 353.

**No. 10-5005. Daniel C. Coyle, Sr., Petitioner v. Aquila, Inc.**

562 U.S. 898, 131 S. Ct. 225, 178 L. Ed. 2d 150, 2010 U.S. LEXIS 6372,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 363 Fed. Appx. 419.